# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-25-00341-CV
NO. 03-25-00442-CV

Jim Clements, Guadalupe Gutierrez, Cynthia Gutierrez, and
Carolyn Lehmann, Appellants

**v.**

Jason McBroom, Holly McBroom, Linda McBroom, William Michael McBroom,
Kevin Patrick McBroom, and Melissa Jo McBroom, Appellees

FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
NO. 2024V-296, THE HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## MEMORANDUM OPINION

Appellants and appellees have filed an agreed motion to consolidate the appeal in cause number 03-25-00341-CV with cause number 03-25-00442-CV and to dismiss the former. Both appeals relate to the same trial-court proceeding and share a similar record. We grant the motion to consolidate and dismiss, and the Court consolidates the two above-referenced appeals for all purposes. The issues, records, and documents filed in cause number 03-25-00341-CV are consolidated into cause number 03-25-00442-CV. The consolidated appeal shall proceed under appeal number 03-25-00442-CV, and appeal number 03-25-00341-CV is hereby dismissed. *See* Tex. R. App. P. 42.1(a). Appellate deadlines shall run from the date that the record in cause number 03-25-00442-CV is complete.

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

03-25-00341-CV Dismissed

03-25-00442-CV Consolidated

Filed:   July 23, 2025